COMMONWEALTH of Pennsylvania,
Respondent

v.

Tracy McINTOSH, Petitioner.

Supreme Court of Pennsylvania.

April 10, 2007.

**ORDER**

PER CURIAM.

AND NOW, this 10th day of April, 2007, it is hereby ordered that Petitioner's *Petition for Allowance of Appeal* is granted. The order entered on November 6, 2006 by the Superior Court is vacated as to the remand to a different judge of the Court of Common Pleas of Philadelphia County. See *Commonwealth v. Whitmore*, 912 A.2d 827 (Pa.2006). The November 6, 2006 order of the Superior Court is affirmed in all other respects. Petitioner's *Application for Relief Requesting Permission to File a Reply to the Commonwealth's Brief Opposing Petition for Allowance of Appeal Filed in this Case* is denied.

Justice FITZGERALD did not participate in the consideration or decision of this matter.